Scott Jacobs, SBN 81980
shjacobs@reedsmith.com
Brandon Corbridge, SBN 244934
bcorbridge@reedsmith.com
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA 90071-1514
Telephone:   213.457.8000
Facsimile:    213.457.8080

Attorneys for Defendant
WAL-MART STORES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL LEEBOVE, individually and on behalf of a class of persons similarly situated,<br><br>                    Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC., a Delaware corporation;<br><br>                    Defendant. | Case No.:  CV 13-01024 R(SHx)<br><br>**ORDER APPROVING STIPULATED PROTECTIVE ORDER**<br><br><br><br>The Honorable Manuel L. Real |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

ORDER APPROVING STIPULATED PROTECTIVE ORDER

1    Having considered the Stipulated Protective Order submitted by the parties on

2  May 22, 2013 and good cause appearing,

3

4    **IT IS HEREBY ORDERED** that the Stipulated Protective Order is approved

5  and shall govern the production and disclosure of confidential documents and

6  information in this action.

7

8  Dated:  May 22, 2013_____ _____

9                                     The Honorable Stephen J. Hillman
                                       UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 1 -                              Case No. CV 13-01024 R(SHx)

ORDER APPROVING STIPULATED PROTECTIVE ORDER

REED SMITH LLP
A limited liability partnership formed in the State of Delaware