1 | **EDWIN C. SCHREIBER, SBN 41066**
  | **ERIC A. SCHREIBER, SBN 194851**
2 | **EAN M. SCHREIBER, SBN 284361**
  | **SCHREIBER & SCHREIBER, INC.**
3 | 16633 Ventura Boulevard  Suite 711
  | Encino, California 91436
4 | Tel:  (818) 789-2577
  | Fax:  (818) 789-3391
5 |
6 | Attorneys for Plaintiff, Joel Leebove
7 |
8 | UNITED STATES DISTRICT COURT
9 | CENTRAL DISTRICT OF CALIFORNIA
10 |
11 | JOEL LEEBOVE, individually ) Case No. CV-13-01024-R-(SHx)
   | and on behalf of a class of persons similarly )
12 | situated ) **CLASS ACTION**
   |                 Plaintiff, )
13 |                             ) **SUPPLEMENT TO PLAINTIFF'S NOTICE**
   |     vs.                     ) **OF MOTION AND MOTION FOR CLASS**
14 |                             ) **CERTIFICATION**
   | WAL-MART STORES, INC.,      )
15 | a Delaware corporation;     ) **Date:      September 16, 2013**
   |                             ) **Time:      10:00 a.m.**
16 |                             ) **Courtroom: 8**
   |                 Defendants  )
17 |                             ) **The Honorable Manuel L. Real**
   | _____)
18 |                               **Action Filed: February 12, 2013**

---

1

SUPPLEMENT TO MOTION FOR CLASS CERTIFICATION

1  Plaintiff Joel Leebove hereby files this supplement to his notice of motion and
2 motion for class certification. Specifically, this supplement relates to <u>Section III B</u> of
3 the motion regarding the numerosity of the class. Plaintiff recently received discovery
4 from Defendant's counsel in the form of a letter providing the approximate number of
5 class members. Pursuant to this letter, from February 12, 2013 through June 13, 2013[1]
6 there were approximately 3,015,047 shipped merchandise transactions (subclass 1) and
7 approximately 1,199,156 transactions involving merchandise shipped to a Wal-Mart
8 store in California (for an in store pick up, subclass 2).
9  Therefore, there are in excess of 4,200,000 transactions covered within the class
10 period, which Plaintiff contends is far more than sufficient to meet the numerosity
11 requirement for class certification under <u>F.R.C.P.</u> Rule 23.

13 DATED: July 24, 2013                    SCHREIBER & SCHREIBER, INC.

15                                         BY:  /s/ *Edwin C. Schreiber*
16                                              Edwin C. Schreiber, Attorneys for
                                                Plaintiff, Joel Leebove

---

[1]. The letter provided by Defendant's counsel states the time period provided is from February 12, 2012 to June 13, 2012, but Plaintiff believes this is a typographical error (it should be June 13, 2013), as the letter indicated during its time period there were in excess of 4,200,000 California transactions, this would make sense for the course of about 15 months, if this were only a four month period, the class would likely cover in excess of 16 million transactions. Therefore, the assumption is that the class is slightly in excess of 4,200,000 transactions, not over 16 million transactions.


<u>DECLARATION OF EDWIN C. SCHREIBER</u>

I, EDWIN C. SCHREIBER, DECLARE:

1. I am an attorney duly licensed to practice before each court in the State of California, as well as the Central District of California, in addition to numerous other Courts. I am a shareholder in the law firm of Schreiber & Schreiber, Inc. and am one of the attorneys of record for plaintiff, Joel Leebove in this action.

2. I make this declaration in support of Plaintiffs' supplement to motion for class certification. I make this declaration on the basis of personal knowledge. If called as a witness, I could and would competently testify to the matters stated herein.

3. In response to an email request, Scott H. Jacobs, one of the attorneys representing Defendant Wal-Mart in this action sent me a letter informing me of the approximate number of transactions involved in this action, at least up to a date I believe was June 13, 2013 (not June 13, 2013, which I believe to be a typographical error, else the number of transactions would likely be four times larger than stated). A true and correct copy of this letter is attached hereto and incorporated herein as Exhibit "A."

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on July 24, 2013, at Encino, California.

*/s/ Edwin C. Schreiber*
EDWIN C. SCHREIBER

CERTIFICATE OF SERVICE

I, hereby certify that a true and correct copy of the foregoing document was served on counsel of record via ECF Notice of Electronic Filing in accordance with the Federal Rules of Civil Procedure and Local Rule 5–3.3 on July 24, 2013.

/s/ Edwin C. Schreiber
Edwin C. Schreiber