1  Scott Jacobs, SBN 81980
   sjacobs@reedsmith.com
2  Lisa B. Kim, SBN 229369
   lkim@reedsmith.com
3  REED SMITH LLP
   355 South Grand Avenue, Suite 2900
4  Los Angeles, CA 90071-1514

5  Telephone:  213.457.8000
   Facsimile:   213.457.8080
6
   Attorneys for Defendant
7  WAL-MART STORES, INC.

8

9                      UNITED STATES DISTRICT COURT

10                    CENTRAL DISTRICT OF CALIFORNIA

11

12  JOEL LEEBOVE, individually and on       Case No.:  13-01024 R(SHx)
    behalf of a class of persons similarly
13  situated,                               **PARTIES' STIPULATION FOR
                                            DISMISSAL**
14                Plaintiff,
                                            The Honorable Manuel L. Real
15       vs.
                                            Action Filed:        February 12, 2013
16  WAL-MART STORES, INC., a
    Delaware corporation;
17
                  Defendant.
18

19

20

21

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Case No.:  13-01024 R(SHx)                  – 1 –

1    IT IS HEREBY STIPULATED by and between plaintiff Joel Leebove and

2    defendant Wal-Mart Stores, Inc., by and through their respective counsel, that the

3    above-captioned action between them be and hereby is dismissed pursuant to Federal

4    Rule of Civil Procedure 41(a)(1).  The parties request that the Court enter an Order

5    forthwith dismissing this entire action as to all causes of action and parties.  Each side

6    is to bear his or its own attorneys' fees, costs and expenses.

7

8    IT IS SO STIPULATED.

9

10   DATED:  November 7, 2013                    REED SMITH LLP

11

12                                              By   /s/ Scott Jacobs
                                                      Scott Jacobs
13                                                    Attorneys for Defendant
                                                      WAL-MART STORES, INC.
14

15

16   DATED:  November 7, 2013                    SCHREIBER & SCHREIBER, INC.

17

18                                              By   /s/ Edwin C. Schreiber
19                                                    Edwin C. Schreiber
                                                      Attorneys for Plaintiff
20                                                    Joel Leebove

21

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PROOF OF SERVICE**

I, CANDICE A. SPOON, declare:

I am employed in the County of Los Angeles, State of California.  My business address is Reed Smith LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, California 90071.  I am over the age of eighteen years and not a party to the action in which this service is made.

On November 11, 2013, I served the document(s) described as:

**PARTIES' STIPULATION FOR DISMISSAL; [PROPOSED] ORDER THEREON**

on the interested parties in this action by enclosing the document(s) in a sealed envelope addressed as follows:

| | |
|---|---|
| ☒ | BY CM/ECF ELECTRONIC DELIVERY:  In accordance with the registered case participants and in accordance with the procedures set forth at the Court's website www.ecf.cand.uscourts.gov |
| ☐ | BY FACSIMILE:  by transmitting via facsimile on this date from fax number +1 213 457 8080 the document(s) listed above to the fax number(s) set forth below.  The transmission was completed before 5:00 PM  and was reported complete and without error.  The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine.  Service by fax was made by agreement of the parties, confirmed in writing.  The transmitting fax machine complies with Ca1.R.Ct 2.306. |
| ☒ | BY U.S. FIRST CLASS MAIL:  by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.  I am readily familiar with the firm's practice of collection and processing of correspondence for mailing.  Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration. |
| ☐ | BY PERSONAL DELIVERY:  by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below.  A signed proof of service by the process server or delivery service will be filed shortly. |
| ☐ | by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below. |
| ☐ | BY OVERNIGHT MAIL:  by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. |
| ☐ | BY EMAIL:  by transmitting via email to the parties at the email addresses listed below: |

1

2  | Edwin C. Schreiber, Esq. | Telephone:  818.789.2577
Eric A. Schreiber, Esq. | Facsimile:  818.789.3391

3  Ean M. Schreiber, Esq.
Schreiber and Schreiber Inc.  *Attorneys for Plaintiffs Joel Leebove*

4  16633 Ventura Boulevard, Suite 711  *individually and on behalf of a class*
Encino, CA  91436  *of persons similarly situated*

5  Email:    ed@schreiberlawfirm.com
eric@schreiberlawfirm.com

6  ean@schreiberlawfirm.com

7

8          I declare under penalty of perjury under the laws of the State of
California that the above is true and correct.  Executed on November 11, 2013, at Los

9  Angeles, California.

10

11

12

13  _____
CANDICE A. SPOON

14  US_ACTIVE-108571514.1

15

16

17

18

19

20

21

22

23

24

25

26

27

28

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

– 3 –