JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOEL LEEBOVE, individually and on behalf of a class of persons similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> WAL-MART STORES, INC., a Delaware corporation; <br><br> Defendant. | Case No.: 13-01024 R(SHx) <br><br> **ORDER RE DISMISSAL** <br><br> The Honorable Manuel L. Real <br><br> Action Filed:   February 12, 2013 |

1   IT IS ORDERED, pursuant to the Stipulation for Dismissal between plaintiff
2   Joel Leebove and defendant Wal-Mart Stores, Inc., that the above-captioned action is
3   hereby dismissed.  The parties shall bear their own attorneys' fees, costs and expenses.

6   DATED:  Nov. 12, 2013                    _____
7                                                                 The Honorable Manuel L. Real
                                                                       United States District Court Judge

REED SMITH LLP
A limited liability partnership formed in the State of Delaware